JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| AMBER TERRELL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BRINKER INTERNATIONAL, INC.; BRINKER RESTAURANT CORPORATION; BRINKER INTERNATIONAL PAYROLL COMPANY, L.P.; BRINKER SERVICES CORPORATION; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | CASE NO.: EDCV 16-1201-GW(KKx)<br><br>**ORDER ON JOINT STIPULATION TO DISMISS** |

## **ORDER**

The Court, having reviewed the foregoing Stipulation and good cause appearing therefore, orders as follows:

　　1.　　The stipulation is granted.

　　2.　　The individual claims of Plaintiff will be <u>dismissed with prejudice</u>.

3. Each Party to bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: September 27, 2017

_____
GEORGE H. WU, U.S. District Judge